**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER COMMINEY, | ) | CASE NO. ED CV 11-00878 MMM (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| F. GONZALEZ, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of WALTER COMMINEY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 14, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE